FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 31  P 3: 45

CLERK _____
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WILLIE NORTON,  )
　　　　　　　　)
　　　Petitioner, )　　CIVIL ACTION NO.: CV505-076
　　　　　　　　)
　v.　　　　　　)
　　　　　　　　)
UNITED STATES OF AMERICA, )　　(Case No.: CR592-29)
　　　　　　　　)
　　　Respondent. )

## ORDER

Petitioner, an inmate at the United States Penitentiary in Jonesville, Virginia, has filed an action under 28 U.S.C. § 2255 which the Court has reviewed. Petitioner attacks a judgment of conviction obtained in this Court on April 16, 1993, in Case Number CR592-029. Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court hereby Orders the United States Attorney to file an answer within thirty (30) days stating what records and documents need to be produced in order to fully respond to the motion. The government shall also include in this response its position regarding the need for expansion of the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional discovery necessary as authorized by Rule 6 of the Rules Governing Section 2255 Proceedings.

The Clerk of Court is hereby authorized and directed to forward a copy of this Order and a copy of Petitioner's Motion for Relief to the Savannah Office of the United States Attorney for the Southern District of Georgia.

SO ORDERED, this 31st day of October, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)